IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN W. WINNINGHAM, JR.                                                              PLAINTIFF

v.                              Case No. 4:22-cv-01043-KGB

SCOTT SEIDERS, *et al.*                                                              DEFENDANTS

ORDER

Before the Court are plaintiff John W. Winningham, Jr.'s amended motion for leave to proceed *in forma pauperis* and motions for summary judgment (Dkt. Nos. 26; 28; 30). For the following reasons, the Court denies without prejudice the motions (*Id.*).

I.   **Motion For Leave to Proceed *In Forma Pauperis***

On September 21, 2023, the Court ordered Winningham to: (1) pay the statutory filing fee of $402.00 or (2) file an amended application to proceed *in forma pauperis* that clearly describes Winningham's financial situation (Dkt. No. 12). On May 30, 2024, Winningham filed an amended application to proceed *in forma pauperis* (Dkt. No. 22). On March 20, 2025, the Court denied that motion (Dkt. No. 25). The Court Ordered that Winningham must either: (1) pay the $402.00 filing fee in full or (2) file an amended application to proceed *in forma pauperis* that clearly describes Winningham's financial situation for the Court's review and consideration (*Id.*). On March 10, 2025, Winningham filed an amended motion for leave to proceed *in forma pauperis* and an amended complaint (Dkt. Nos. 26; 27).

Under 28 U.S.C. § 1915, the decision to grant or deny *in forma pauperis* status is within the sound discretion of the district court. *Cross v. General Motors Corp.*, 721 F.2d 1152, 1157 (8th Cir. 1983) (citations omitted). Although a claimant need not be "completely destitute" to take

advantage of the *in forma pauperis* statute, he must show that paying the filing fee would result in an undue financial hardship. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986).

Winningham has not signed his current application, although his typed name appears (Dkt. No. 26, at 1). In his application, Winningham states that he receives $6,000.00 in gross monthly wages (*Id.*). He does not state his employer's name or address.[1] Thus, the Court estimates Winningham's annual gross pay as approximately $72,000.00. Winningham also reports that he has a bank account with $214.00, and he owns real estate in Bradford, Arkansas (*Id.*, at 2). Winningham does not state the approximate value of that real estate (*Id.*).

Winningham represents that he has "Monthly Expenses" and that he pays for all living expenses for a dependent minor (*Id.*). Winningham also attaches three pages of "Personal Accounts Payable" and two pages of "Business Accounts Payable" to his application (*Id.*, at 3–7). The total of the items listed in the "Personal Accounts Payable" is $148,029.14. The total in the "Business Accounts Payable" appears to be $874,255.00. Winningham does not explain the timeframe of these expenses or what amounts are paid or outstanding. Winningham does not explain if he is responsible for the business expenses in the accounts payable, the timeframe of these expenses, or what amounts are paid or outstanding.

Based upon his *in forma pauperis* application, the Court is unable to determine that Winningham does not have the ability to pay the filing fee without suffering an undue financial

---

[1] The Court is unsure of what Winningham's relationship to Williams Management Company, Inc., Williams Data Backup, and Williams Office Supply is. Winningham attaches to his motion documents related to these entities (Dkt. No. 26, at 6–7). Winningham also attaches to his motion electronic mail messages that seem to relate to job applications rejected or acknowledged by certain companies (*Id.*, at 8–9). The Court is uncertain what significance these documents have in this matter.

hardship.  Winningham's application to proceed *in forma pauperis* is denied without prejudice, subject to refiling (Dkt. No. 26).

Within 30 days of the entry of this Order, Winningham must either:  (1) pay the $402.00 filing fee in full or (2) file an amended application to proceed *in forma pauperis* that clearly describes Winningham's financial situation for the Court's review and consideration.  That application should be signed and answer each question on the form with specificity.  If Winningham does not pay the filing fee or file an amended *in forma pauperis* application within 30 days, this action will be dismissed without prejudice.  Winningham's failure to comply with this Order could result in the dismissal of his lawsuit.  *See* Local Rule 5.5 of the Local Rules of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.").

## II.   Other Motions

Winningham also filed motions for summary judgment (Dkt. Nos. 28; 30).  Because the Court denies without prejudice Winningham's motion for leave to proceed *in forma pauperis* and directs him to take certain action within 30 days to proceed with his claims, the Court denies without prejudice Winningham's motions for summary judgment (*Id.*).  Only if Winningham complies with this Court's Order will the Court screen his complaint and determine whether service on the named defendants is appropriate.  Only if service is ordered and completed will these issues be appropriate for the Court's consideration.

**III.   Conclusion**

For these reasons, the Court denies without prejudice Winningham's application to proceed *in forma pauperis* (Dkt. No. 26). Within 30 days of the entry of this Order, Winningham must either: (1) pay the $402.00 filing fee in full or (2) file an amended application to proceed *in forma pauperis* that clearly describes Winningham's financial situation for the Court's review and consideration. The Court denies at this time Winningham's motions for summary judgment (Dkt. Nos. 28, 30).

It is so ordered, this 24th day of November, 2025.

                                            Kristine G. Baker
                                            Chief United States District Judge