# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOHN W. WINNINGHAM, JR.**                                                                        **PLAINTIFF**

**v.**                                      **Case No. 4:22-cv-01043-KGB**

**SCOTT SEIDERS,** *et al.*                                                                        **DEFENDANTS**

## ORDER

Before the Court is the status of this case. On November 24, 2025, the Court ordered plaintiff John W. Winningham, Jr. to: (1) pay the statutory filing fee of $402.00; or (2) file an amended application to proceed *in forma pauperis* that clearly describes Winningham's financial situation (Dkt. No. 32). The Court informed Winningham that Local Rule 5.5 of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas provides that the failure to respond to any communication from the Court within 30 days may result in dismissal of the case (*Id.*, at 3).

Winningham has not paid the statutory filing fee of $402.00, has not filed a properly completed application to proceed *in forma pauperis*, or otherwise responded to the Court's November 24, 2025, Order. Given Winningham's failure to comply with an Order of this Court and prosecute diligently his case pursuant to Local Rule 5.5(c)(2), the Court dismisses without prejudice Winningham's complaint and amended complaint (Dkt. Nos. 2; 27). Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Order and the accompanying judgment would not be in good faith.

2

It is so ordered, this 16th day of January, 2026.

                                                              _____
                                                              Kristine G. Baker
                                                              Chief United States District Judge