IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN W. WINNINGHAM, JR.**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　Case No. 4:22-cv-01043-KGB

**SCOTT SEIDERS,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice. The relief requested is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged, this 16th day of January, 2026.

*(signature)*

Kristine G. Baker
Chief United States District Judge